============

MDL No. 19-0489

============

IN RE KMCO, LLC LITIGATION

=========================================================

ORDER OF THE MULTIDISTRICT LITIGATION PANEL

=========================================================

On August 16, 2019 the panel issued an order denying the Motion to Transfer in this case. Upon the request of a member, the panel now withdraws the order pending further deliberation. The stay issued by the panel on June 12, 2019 is reinstated and the Motion for Stay filed by KMCO related to Case No. 2019-41003, *Nicholas Justus v. Owner Resource Group, LLC*, in the 127th Judicial District Court of Harris County is granted and all proceedings therein are stayed pending further review by the panel.

**ORDER ISSUED**: August 19, 2019